FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 9 - 2006 ★
P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                      Plaintiff,                05 CV 4448 (SJ) (RML)

      - against -                                  **ORDER**

JOHN QUASHIE,

                      Defendant.
-----------------------------------------------------------------X

A P P E A R A N C E S:

MICHAEL T. SUCHER, ESQ.
26 Court Street
Suite 2412
Brooklyn, NY 11242
Attorney for Plaintiff

JOHNSON, Senior District Judge:

      Before the Court is a Report and Recommendation (the "Report"), prepared by Magistrate Judge Robert M. Levy[1] in response to an order of this Court dated February 7, 2006.[2] Judge Levy filed the Report on May 2, 2006, and provided the parties until May 16, 2006, to file any objections. No objections have been filed.

      A district court judge may designate a magistrate judge to hear and determine

---

[1] The Court thanks Judge Levy for his efforts in this regard and for the thorough and thoughtful Report he prepared.

[2] Familiarity with the facts and procedural posture of the case are presumed.

certain motions pending before the Court and to submit to the Court proposed findings of fact and a recommendation as to the disposition of the motion. See 28 U.S.C. § 636(b)(1). Within 10 days of service of the recommendation, any party may file written objections to the magistrate's report. Id. Upon *de novo* review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations. Id. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed. See Thomas v. Arn, 474 U.S. 140, 150 (1985).

As mentioned, no objections were filed within the allotted time period. Thus, upon review, the Court adopts and affirms the Report in its entirety.

The Clerk of the Court is hereby directed to enter JUDGMENT in favor of Plaintiff. Plaintiff is entitled to an award in the following amounts: (1) for the Educaid loan, a total of $4,902.79 as of November 22, 2005, as well as interest that continues to accrue on the principal at a rate of 6.65%; (2) for the Ford I loan, a total of $5,131.06 as of November 22, 2005, as well as interest that continues to accrue on the principal at a rate of 5.3%; (3) for the Ford II loan, a total of $3,207.03 as of November 22, 2005, as well as interest that continues to accrue on the principal at a rate of 5.3%; and (4) $2,648 in attorney's fees and $30 in costs. The interest on the loans noted above will accrue until the date of entry of the judgment.

The Clerk of the Court is further directed to close this case.

SO ORDERED.

Dated: June 8, 2006  
    Brooklyn, NY

                                        s/SJ  
                                             Senior U.S.D.J.