FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 1 3 2006 ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

   -against-

JOHN QUASHIE,

                Defendant.
------------------------------------------------------------X

JUDGMENT
05-CV- 4448 (SJ)

      An Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on June 9, 2006, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated May 2, 2006; and directing the Clerk of Court to enter judgment in favor of plaintiff awarding in the following amounts: (1) for the Educaid loan, a total of $4,902.79 as of November 22, 2005, as well as interest that continues to accrue on the principal at a rate of 6.65%; (2) for the Ford I loan, a total of $5,131.06 as of November 22, 2005, as well as interest that continues to accrue on the principal at a rate of 5.3%; (3) for the Ford II loan, a total of $3,207.03 as of November 22, 2005, as well as interest that continues to accrue on the principal at a rate of 5.3%; and (4) $2,648 in attorney's fees and $30.00 in costs; ordering that the interest on the loans noted will accrue until the date of entry of judgment; it is

JUDGMENT
05-CV- 4448(SJ)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Robert M. Levy is adopted; and that judgment is hereby entered in favor of plaintiff, United States of America, and against defendant, John Quashie, awarding judgment in the following amounts: (1) for the Educaid loan, a total of $4,902.79 as of November 22, 2005, as well as of November 22, 2005, as well as interest that continues to accrue on the principal at a rate of 6.65%; (2) for the Ford I loan, a total of $5,131.06 as of November 22, 2005, as well as interest that continues to accrue on the principal at a rate of 5.3%; (3) for the Ford II loan, a total fo $3,207.03 as of November 22, 2005, as well as interest that continues to accrue on the principal at a rate of 5.3%; and (4) $2,648.00 in attorney's fees and $30.00 in costs; and that the interest on the loans noted above will accrue until the date of entry of judgment.

Dated: Brooklyn, New York
June 09, 2006

s/
ROBERT C. HEINEMANN
Clerk of Court